**FILED**

MAY - 3 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE WALKER SPITTAL,

    Plaintiff,                    No. CIV S-01-0036 GEB JFM PS

    vs.

NOAH WINCHESTER, et al.,

    Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

    In the order setting status conference, filed January 5, 2001, plaintiff was cautioned that this action may be dismissed if service was not timely completed. This action was filed January 5, 2001 and plaintiff has not yet served defendant Noah Winchester with summons.

    By order filed March 29, 2001, plaintiff was directed to file within ten days a proof of service demonstrating service of summons on defendant Noah Winchester. Plaintiff was cautioned that failure to comply with that order would result in a recommendation that defendant Noah Winchester be dismissed from this action.

    Plaintiff has failed to comply with the orders of the court directing timely service.

    Accordingly, IT IS HEREBY RECOMMENDED that defendant Winchester be dismissed.

/////

1

*10*

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3   after being served with these findings and recommendations, any party may file written
4   objections with the court and serve a copy on all parties.  Such a document should be captioned
5   "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
6   filed within ten days after service of the objections.  The parties are advised that failure to file
7   objections within the specified time may waive the right to appeal the District Court's order.
8   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9   DATED: May __/__, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

006
spittal.win

2

```
              United States District Court
                        for the
               Eastern District of California
                       May 3, 2001


                * * CERTIFICATE OF SERVICE * *


                                          2:01-cv-00036


     Spittal

         v.

     Winchester
     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 3, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          George Spittal                        SF/GEB
          245 Fairgrounds Drive
          Sacramento, CA   95817                CF/JFM

          Michael W Pott
          Porter Scott Weiberg and Delehant
          PO Box 255428
          350 University Avenue
          Suite 200
          Sacramento, CA   95865




                                      Jack L. Wagner, Clerk

                                      BY: _____
                                           Deputy Clerk
```